# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00149-KJD-CWH |
| vs. ) | **ORDER** |
| DERRICK YOUNG, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Thomas Lewis' ("Defendant Lewis") Motion to Suppress (#26), filed on September 9, 2013, and the Government's Response (#28), filed on September 23, 2013. The Court conducted an evidentiary hearing on October 21, 2013 and October 22, 2013. On December 11, 2013, the Court ordered that the evidentiary hearing be reopened for the limited purpose of determining what evidence was obtained after Defendant Lewis' detention and how the evidence was obtained. *See* Order #38. Counsel for both parties contacted the chambers of the undersigned on January 7, 2014 to represent that no other evidence needs to be presented. Accordingly, the Court will vacate the supplemental evidentiary hearing. Additionally, the Court will require the parties to submit a stipulation, or supplemental memorandums if unable to agree, within seven days of this order on the following issues:

(1) Specify any and all evidence Defendant Lewis is seeking to suppress in Motion #26 along with when and how it was collected.

(2) Specify when and how Defendant Lewis' *Miranda* rights were administered and invoked.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the supplemental evidentiary hearing set for **January 15, 2014** at 9:00 a.m. is **vacated**.

**IT IS FURTHER ORDERED** that the parties shall submit a stipulation, or separate supplemental memorandums if unable to agree, by close of business on **January 14, 2014** that address the two issues identified above.

DATED this 7th day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**