| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-149-KJD-CWH |
| Plaintiff, | |
| vs. | |
| DERRICK YOUNG, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that counsel has until March 11, 2014 to file objections to the Magistrate Judge's Report and Recommendation (CR 42) to the Motion to Suppress (CR 25).

DATED 4th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE